United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-3007

| | | |
|---|---|---|
| Marquez A. Miller, for all others similarly situated, | * * * | |
| Plaintiff - Appellant, | * * | |
| v. | * * * | Appeal from the United States District Court for the Eastern District of Arkansas. |
| Larry G. Dunklin, Attorney at Law; Carolyn Staley, Circuit County Clerk; Sue Newbery, Criminal Justice Coordinator; Morris W. Thompson, Circuit Judge, | * * * * * * | [UNPUBLISHED] |
| Defendants - Appellees. | * | |

_____

Submitted: January 6, 1998
Filed: January 27, 1998

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Marquez A. Miller appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action and the denial of his motion for relief from judgment. After a careful review of the record and the parties' submissions on appeal, we conclude the judgment of the district court was correct. We deny Larry G. Dunklin's motion to dismiss the appeal.

Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.